■ BARRY WOLKON, Appellant, v SEYMERE L. MASTEN et al., Respondents.—Appeal by the plaintiff from a judgment of the Supreme Court, Rockland County, entered February 27, 1987.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judicial Hearing Officer Reilly in his decision dated January 8, 1987. Mollen, P. J., Thompson, Rubin and Sullivan, JJ., concur.